FILED
NOV 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rafael J. Dominguez,            )
                                )
        Plaintiff,              )
                                )
    v.                          )     Civil Action No. 05 2242
                                )
Bureau of Prisons,              )
                                )
        Defendant.              )

MEMORANDUM AND ORDER

This action, filed *pro se*, is before the Court on plaintiff's motion for a temporary restraining order, which is accompanied with his complaint and application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis*, deny the TRO motion, and direct reassignment of the case for further proceedings.

A temporary restraining order may be granted only if:

it clearly appears from the specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party or that party's attorney can be heard in opposition.

Fed. R. Civ. P. 65(b)(1). Plaintiff, a federal prisoner confined at the Federal Correctional Institution in Butner, North Carolina, challenges his alleged coerced participation in the Inmate Financial Responsibility Program. He seeks an emergency order "directing respondents to immediately cease and desist taking petitoner prison monies through IFRP." Motion Requesting Temporary Restraining Order at 12. If he ultimately prevails in this case, plaintiff may recover his economic losses. He therefore has not demonstrated irreparable injury, loss or damage. Accordingly, it is

ORDERED that the motion for a temporary restraining order is DENIED; and it is

FURTHER ORDERED that the Clerk shall randomly reassign this case to a district judge. A separate order assessing a partial filing fee and granting leave to proceed *in forma pauperis* will issue contemporaneously.

                                                                             /s/ *United States District Judge*

Date: 11/7/05