```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

RAFAEL J. DOMINGUEZ,           )
                               )
          Plaintiff,           )
                               )
     v.                        )   Civil Action No. 05-2242 CKK
                               )
BUREAU OF PRISONS,             )
                               )
          Defendant.           )
                               )
_____)
```

### MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant moves for an extension of time to answer to February 7, 2006. Because of the difficulties involved in contacting federal prisoners, undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has not attempted to contact plaintiff to determine his position on this motion.[1]

This action appears to sound in habeas, in that plaintiff, a federal prisoner, is challenging the terms under which his sentence is being executed. Since plaintiff is imprisoned in Butner, North Carolina, the District of Columbia is not the

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

appropriate jurisdiction to address the case. Undersigned counsel is in the process of preparing a dispositive motion; however, he has been unable to complete it, due to his case load and a recent family illness that has reduced the amount of time that could be devoted to the matter. Additionally, undersigned counsel must answer in part and in part file a dispositive motion tomorrow in a case where there are nineteen federal defendants. The time for making the filings in that case has already been the subject of a motion to extend the time. Undersigned counsel must also respond on Friday (February 3) to a summary judgment motion filed in another case, as to which there has been a motion to extend the time to respond to the summary judgment motion. The additional time is, therefore, needed.

    Attached is a draft order reflecting the requested extension of time.

                            Respectfully submitted,

                            KENNETH L. WAINSTEIN, DC Bar # 451058
                            United States Attorney

                            R. CRAIG LAWRENCE, DC Bar # 171538
                            Assistant United States Attorney

                            FRED E. HAYNES, DC Bar #165654
                            Assistant United States Attorney
                            555 4th Street, N.W., Room E-4110
                            Washington, D.C. 20530
                            202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAFAEL J. DOMINGUEZ,            )
                                )
         Plaintiff,             )
                                )
      v.                        )  Civil Action No. 05-2242 CKK
                                )
BUREAU OF PRISONS,              )
                                )
         Defendant.             )
                                )
_____)

ORDER

UPON CONSIDERATION of the motion by defendant for an extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2006,

ORDERED that defendant shall have to, and including, February 7, 2006, to answer or otherwise respond to the complaint in this action.

_____
UNITED STATES DISTRICT JUDGE

Fred E. Haynes
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530

Rafael J. Dominguez
#32274-004
FCI Butner
P.O. Box 1000
Butner, NC 27509-1000

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for extension of time to be served by first class mail, postage prepaid, this 31st day of January, 2006, on:

>Rafael J. Dominguez
>#32274-004
>FCI Butner
>P.O. Box 1000
>Butner, NC 27509-1000

>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201