**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**RAFAEL J. DOMINGUEZ,**

  **Plaintiff,**

  v.                                                      **Civil Action No.  05-2242 (CKK)**

**BUREAU OF PRISONS, et al.,**

  **Defendants.**

**ORDER**

In accordance with the Memorandum Opinion issued this 25th day of May, 2006, it is

ORDERED that Defendants' motion to dismiss [12] is DENIED.  It is

FURTHER ORDERED that the case is TRANSFERRED to the United States District

Court for the Eastern District of North Carolina.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).


_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge